Charles H. Chevalier
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
cchevalier@gibbonslaw.com

OF COUNSEL:

Dennies Varughese, Pharm. D.
Paul A. Ainsworth
Adam C. LaRock
Josephine Kim
Lauren Watt
STERNE, KESSLER, GOLDSTEIN &
   FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
painsworth@sternekessler.com
alarock@sternekessler.com
joskim@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Plaintiffs*
*Catalyst Pharmaceuticals, Inc. and*
*SERB SA*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. and SERB SA, <br><br> *Plaintiffs,* <br><br> v. <br><br> INVENTIA HEALTHCARE LIMITED, <br><br> *Defendant.* | Civil Action No. 2:23-22461 |

## **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2**

I, Charles H. Chevalier, admitted to the bars of the State of New Jersey and of this Court, and a Director in the law firm of Gibbons P.C., representing Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA, hereby certify that the patents and brand product in controversy in this action are at issue in *Catalyst Pharmaceuticals, Inc., et al. v. Teva Pharmaceuticals Inc., et al.*, No. 2:23-cv-01190-MEF-JRA, *Catalyst Pharmaceuticals, Inc., et al. v. Annora Pharma Private Ltd., et al.*, No. 2:23-cv-01194-MEF-JRA, and *Catalyst Pharmaceuticals, Inc. et al. v. Lupin Ltd., et al.,* No. 2:23-cv-01197-MEF-JRA, which are pending in the United States District Court for the District of New Jersey.

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 17, 2023

s/ Charles H. Chevalier
Charles H. Chevalier
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
cchevalier@gibbonslaw.com

OF COUNSEL:

Dennies Varughese, Pharm. D.
Paul A. Ainsworth
Adam C. LaRock
Josephine Kim
Lauren Watt
STERNE, KESSLER, GOLDSTEIN &

    FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
painsworth@sternekessler.com
alarock@sternekessler.com
joskim@sternekessler.com
lwatt@sternekessler.com

*Attorneys for Plaintiffs*
*Catalyst Pharmaceuticals, Inc. and*
*SERB SA*