

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**MICHAEL CROSS**
Member

mcross@csglaw.com

O  973.530.2150       F  973.325.1501

January 24, 2024

*Via ECF*
Hon. Jose R. Almonte, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:**   *Catalyst Pharmaceuticals, Inc., et al. v. Inventia Healthcare Limited*
             **Civil Action No. 23-cv-22461-MEF-JRA**

Dear Judge Almonte:

    This firm, along with Taft Stettinius & Hollister LLP, represents Defendant Inventia Healthcare Limited ("Inventia") in the above-referenced matter. We write, with the consent of counsel for plaintiffs, to request a 60-day extension of the deadline for Inventia to answer, move or otherwise respond to the Complaint.

    The parties have been engaged in settlement discussions and believe a brief extension of the answer deadline would allow the parties to focus solely on resolving the disputes in this matter and also minimize litigation costs.

    Accordingly, if the foregoing request is acceptable to Your Honor, the parties respectfully request that Your Honor execute the enclosed Stipulation and Proposed Order extending the time for Inventia to respond to the Complaint for a period of 60 days, *i.e.*, from February 5 to April 5, 2024.

    We thank the Court for its attention to and consideration of this request.

                                      Respectfully submitted,

                                      */s/ Michael Cross*

                                      Michael Cross
                                      Member

cc:    Counsel of Record (via ECF)