UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. and SERB SA,<br><br>Plaintiffs,<br><br>vs.<br><br>INVENTIA HEALTHCARE LIMITED,<br><br>Defendant. | Civil Action No. 2:23-cv-22461-MEF-JRA<br><br>**STIPULATION AND [PROPSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Inventia Healthcare Limited may move, answer, or otherwise respond to the Complaint is extended for a period of sixty (60) days to April 5, 2024.

Dated: January 24, 2024

*/s/ Michael Cross*
Michael Cross
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Tel.: (973) 325-1500
mcross@csglaw.com

*Attorneys for Defendant Inventia Healthcare Limited*

*/s/ Charles H. Chevalier*
Charles H. Chevalier
GIBBONS PC
One Gateway Center
Newark, New Jersey 07102
Tel.: (973) 596-4500
cchevalier@gibbonslaw.com

*Attorneys for Plaintiffs Catalyst Pharmaceutical, Inc. and SERB SA*


**SO ORDERED:**

By:_____
       Hon. Jose R. Almonte, U.S.M.J.