UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. and SERB SA,<br><br>    *Plaintiffs,*<br><br>v.<br><br>INVENTIA HEALTHCARE LIMITED,<br><br>    *Defendant.* | Civil Action No. 2:23-cv-22461 (MEF)(JRA)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>*Document Filed Electronically* |

    Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs") and Defendant Inventia Healthcare Limited ("Defendant"), hereby submit this Stipulation and Proposed Order.

    WHEREAS, Plaintiffs filed their Complaint in the instant action on November 17, 2023 (ECF No. 1);

    WHEREAS, Defendant waived service of the Summons and Complaint on November 21, 2023, which, pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure, made the deadline for Defendant to answer, move or otherwise respond to January 22, 2024 (ECF No. 7);

    WHEREAS, Defendants applied for and was granted a Clerk's Order extending the time Defendant may answer, move or otherwise respond to the Complaint to February 5, 2024 (see, e.g., ECF No. 9); and

    WHEREAS, the parties stipulated and the Court Ordered that the deadline for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint be extended to April 5, 2024 (ECF No. 11); and

WHEREAS, the parties stipulated and the Court Ordered that the deadline for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint to be extended to May 6, 2024 (ECF No. 17);

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court:

1. The deadline for Defendant to answer, move or otherwise respond to Plaintiffs' Complaint (ECF No. 1) in the above-captioned proceeding is extended through and including June 5, 2024.

Dated: [INSERT]

| | |
|---|---|
| s/ Charles H. Chevalier<br>Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel.: (973) 596-4500<br>cchevalier@gibbonslaw.com<br><br>*Attorneys for Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA* | s/Michael Cross<br>Michael Cross<br>CHIESA SHAHANIAN & GIANTOMASI PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Tel.: (973) 352-1500<br>mcross@csglaw.com<br><br>*Attorneys for Defendant Inventia Healthcare Limited* |

**SO ORDERED:**

By: _____
The Honorable José R. Almonte, U.S.M.J.
May 7, 2024