IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CATALYST PHARMACEUTICALS, INC. and SERB SA,

*Plaintiffs*,

v.

INVENTIA HEALTHCARE LIMITED

*Defendant*.

Civil Action No. 2:23-cv-22461

**CONSENT JUDGMENT**

Catalyst Pharmaceutical, Inc. ("Catalyst"), SERB SA ("SERB") and Inventia Healthcare Limited ("Inventia"), parties in the above-captioned action, have resolved this litigation for good cause and valuable consideration recognized by Catalyst, SERB, and Inventia. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this ___1st___ day of ___August___, 2024:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Inventia Product" shall mean the drug product manufactured, sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 218760 (including any supplements, or modification or amendments thereto or replacements thereof) ("Inventia's ANDA"); (ii) the term "Licensed Firdapse Patents" shall mean United States Patent Nos. 10,626,088 ("the '088 Patent"), 10,793,893 ("the '893 Patent"),

11,060,128 ("the '0128 Patent"), 11,268,128 ("the '8128 patent"), 11,274,331 ("the '331 Patent"), and 11,274,332 ("the '332 Patent"); and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Inventia; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized by Catalyst and SERB pursuant to the Settlement Agreement or by 35 U.S.C. § 271(e)(1), Inventia, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Firdapse Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Inventia Product in the United States.

4. Compliance with this Consent Judgment may be enforced by Catalyst and SERB, their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

- 3 -

7. Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval to Inventia's ANDA No. 218760.

_____
Michael E. Farbiarz
United States District Judge

- 3 -

We hereby consent to the form and entry of this Order:

Dated:  July 31, 2024

By : s/ Charles H. Chevalier
Charles H. Chevalier
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4611

OF COUNSEL:
Dennies Varughese, Pharm. D.
Paul A. Ainsworth
STERNE, KESSLER, GOLDSTEIN &
    FOX P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600

Attorneys for Plaintiffs
Catalyst Pharmaceuticals, Inc.
and SERB SA

Respectfully Submitted by:

s/ Michael Cross
MICHAEL CROSS
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
973.530.2150
mcross@csglaw.com


Stephen R. Auten
Roshan P. Shrestha, Ph.D.
Taft Stettinius & Hollister
111 East Wacker Drive, 26th Floor
Chicago, Illinois 60601
sauten@taftlaw.com
rshrestha@taftlaw.com


Attorneys for Defendant
Inventia Healthcare Limited